mistrial. Bell v. State, 160 Tex.Cr.R. 538, 272 S.W.2d 888.

Finding the evidence sufficient to support the conviction and no reversible error appearing in the record, the judgment is affirmed.

Opinion approved by the Court.

**Woodrow WILSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28624.

Court of Criminal Appeals of Texas.

Nov. 28, 1956.

PER CURIAM.

The unlawful possession of a narcotic drug is the offense, with punishment assessed at two years in the penitentiary.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

**Bruce ERVIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28638.

Court of Criminal Appeals of Texas.

Nov. 28, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of gin; the punishment, 90 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.